# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OMER F. LANGE, JR. AND
PORTER HOLDINGS, LLC

NO.  2026 CW 0696

VERSUS

CUC THI MASON

**JULY 27, 2026**

---

In Re:   Omer F. Lange, Porter Holdings, LLC, Attorney Steve
         Irving, and Attorney Joel G. Porter, applying for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 657288.

---

**BEFORE:   PENZATO, GREENE, AND FIELDS, JJ.**

    **WRIT DENIED.**

> **AHP**
> **HG**
> **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT